■ NEWCO WASTE SYSTEMS, INC., et al., Respondents, v BRAIN F. SWARTZENBERG et al., Appellants. (Appeal No. 2.)— Appeals unanimously dismissed as academic, without costs. (Appeals from order of Supreme Court, Erie County, Ostrowski, J.—injunction.) Present—Denman, J. P., Boomer, Pine, Lawton and Schnepp, JJ.

■ In the Matter of TANYA B., Also Known as TANYA C.— Appeal unanimously dismissed, without costs. Memorandum: In this proceeding to adjudicate respondent a person in need of supervision, respondent appeals from an order of adjournment, for a period of six months, in contemplation of dismissal. Because the matter was not restored to the calendar within the six-month period, the petition is deemed dismissed in the furtherance of justice (see, Family Ct Act § 749). The order resulting in dismissal is manifestly in respondent's favor. Not being aggrieved by the order, she has no right to appeal therefrom (see, People v Marinoff, 98 Misc 2d 367; CPLR 5511; Family Ct Act § 1118). (Appeal from order of Erie County Family Court, Honan, J.—PINS.) Present—Callahan, J. P., Denman, Boomer, Green and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD FISHON, Appellant, v ROBERT HENDERSON, as Superintendent of Auburn Correctional Facility, Respondent.—Judgment unanimously affirmed (see, People ex rel. West v Jones, 122 AD2d 308). (Appeal from judgment of Supreme Court, Cayuga County, Contiguglia, J.—art 78.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ RAYMOND KNOER, Respondent, v EVELYN M. PACE et al., Appellants.—Appeal unanimously dismissed, without costs. Memorandum: The appeal is dismissed as moot since the power of attorney expired on the death of the grantor. Were we to reach the merits, we would reverse as respondent has no standing to commence this proceeding. (Appeal from order of Supreme Court, Erie County, McGowan, J.—accounting.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.